**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Heidi Hungerford, Plaintiff, v. Northwest Airlines, Inc., Defendant. | Civil File No. 01-2216 MJD/JGL **STIPULATION TO SUBMIT CLAIMS TO ARBITRATION AND ORDER FOR STAY PENDING ARBITRATION** |

It is hereby stipulated and agreed between the parties hereto, through their respective counsel, that plaintiff's claims in the above-entitled action be submitted to binding arbitration before the Honorable Robert E. Bowen, pursuant to the parties' written arbitration agreement.

The parties have also agreed that arbitration procedure, including discovery, will be governed by the American Arbitration Association's National Rules for the Resolution of Employment Disputes, effective January 1, 2001.

The parties further stipulate and agree that defendant Northwest Airlines, Inc. will pay the costs of Arbitrator Bowen.

The parties stipulate and agree that costs of Arbitrator Bowen may not be included as part of any costs and disbursements, if any, awarded to defendant and against plaintiff by the arbitrator.

Nothing in this Stipulation or the Order enforcing it will bar any claim or defense which could be raised by the parties in any arbitration brought by Plaintiff.

This civil action is hereby stayed, pending arbitration.

APR 04 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DN: 143887

Heidi Hungerford v. Northwest Airlines, Inc., Civil No.: 01-2216 (MJD/JGL)

DATED: March 26, 2002

HEDIN & GOLDBERG, P.A.

By [signature]
Elizabeth A. Glidden, Reg. No. 238387
2100 Stevens Avenue South
Minneapolis, MN 55404
Phone: 612-871-5500
Fax: 612-871-1312

Rachel Baumel, Reg. No. 032077
Legal Aid Society of Minneapolis
430 First Avenue North, Suite 300
Minneapolis, MN 55401-1780
Phone: 612-332-1441
Fax: 612-334-5755

ATTORNEYS FOR THE PLAINTIFF

DATED: March 26, 2002

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON, P.A.

By [signature]
Tracy J. Van Steenburgh, Reg. No. 141173
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
(612) 338-1838

ATTORNEYS FOR DEFENDANT NORTHWEST AIRLINES, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: April 4, 2002

By the Court:

[signature]
Michael J. Davis
United States District Judge

DN: 143887