**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Heidi Hungerford,**

**Plaintiff,**

**vs.**

**Northwest Airlines, Inc.,**

**Defendant.**

**Civ. File No. 01-2216 (MJD/JGL)**

**STIPULATION OF DISMISSAL**

---

This case having been arbitrated on its merits, the parties hereto, by and through their respective counsel of record, hereby stipulate and agree that the above-captioned action shall be dismissed with prejudice, and without costs to either party.

Date: June 3, 2005

**s/Elizabeth A. Glidden**
Elizabeth A. Glidden (#238387)
**Hedin & Glidden, P.A.**
250 Tallmadge Building
1219 Marquette Avenue South
Minneapolis, Minnesota 55403
Telephone: 612.871.5500
Facsimile: 612.871.1312

**Attorneys for Plaintiff**

Date: June 6, 2005

s/Tracy J. Van Steen burgh
Tracy J. Van Steenburgh (#0141173)
**Halleland, Lewis, Nilan, Sipkins & Johnson**
600 Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: 612.338-1838
Facsimile: 612.338-7858

**Attorneys for Defendant**